UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TAWANDA BURKETT,

    Petitioner,

v().                                Case No. 4:19cv65-RH-HTC

UNITED STATES DEPARTMENT
OF JUSTICE, et al.,

    Respondents.
_____/

## REPORT AND RECOMMENDATION

On February 26, 2019, the Court entered an order finding Petitioner had sufficient funds to pay the $5.00 habeas filing fee and directing her to submit the fee to the clerk within thirty (30) days. ECF Doc. 5. Petitioner failed to submit the fee within the allotted time. Thus, on April 2, 2019, the undersigned ordered Petitioner to show cause within fourteen (14) days why this matter should not be recommended for dismissal due to her failure to prosecute or failure to comply with an order of the Court. ECF Doc. 7. More than fourteen (14) days have passed and Petitioner has neither paid the filing fee nor responded to the April 2 Order to Show Cause.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to Petitioner's failure to prosecute or failure to comply with an order of the Court.

2.  That the clerk be directed to close the file.

At Pensacola, Florida, this 24th day of April, 2019.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.